

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

**Michael Bojbasa**
Of Counsel
212-307-3700
MBOJBASA@CONNELLFOLEY.COM

June 30, 2026

**<u>VIA ECF</u>**
U.S.D.J Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24B
New York, New York 10007

   **Re: Sonia Clinton v. Target Corporation**
     <u>**Docket No.: 1:26-cv-04050 (JMF)**</u>

Dear Judge Furman:

   We are the attorneys for Target Corporation ("Target") in the referenced matter and submit this letter jointly with Plaintiff. The parties respectfully submit this joint letter to request that the Court adjourn *sine die* (1) the Initial Pretrial Conference currently scheduled for July 8, 2026, and (2) the deadline to submit the proposed Case Management Plan.

   On May 21, 2026, the Court referred this matter to the Court's mediation program. A mediator was assigned on June 22, 2026, and the parties have been in communication with the assigned mediator. A pre-mediation conference will be held today June 30, 2026 to discuss preliminary matters and scheduling of the mediation. Because the parties are actively participating in the Court's mediation program in good faith, they respectfully wish to hold off on conducting discovery and incurring the associated costs therewith. Therefore, the parties respectfully request that the Court adjourn the July 8, 2026, Initial Pretrial Conference and the deadline for submission of the Case Management Plan *sine die* pending the completion of the mediation.

   As set forth in the Court's Mediation Referral Order for Personal Injury Cases (ECF Docket No. 8), if the mediation is unsuccessful the parties shall promptly request that an initial pre-trial conference be scheduled and will also prepare a proposed Case Management Plan for submission in advance of said conference.

   Your Honor's consideration of this matter is greatly appreciated.

       Respectfully,

      *Michael Bojbasa*

      Michael Bojbasa, Esq.

June 30, 2026
Page 2

cc:   **VIA ECF**
      Michelle Jean-Jacques, Esq.
      Harmon, Linder & Rogowsky
      *Attorneys for Plaintiff*
      **SONIA CLINTON**
      42 Broadway
      New York, New York 10004


Application GRANTED.  The initial pretrial conference previously scheduled for July 8, 2026 is hereby ADJOURNED *sine die.*  The parties are hereby ORDERED to submit a status report no later than **July 30, 2026**, updating the Court on the status of mediation.

The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

June 30, 2026